UNITED STATES of America,
Appellee,

v.

Gene Alan CLARK, Appellant.

No. 05–2238.

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 15, 2006.

Decided: Feb. 15, 2006.

Kevin E. Vanderschel, U.S. Attorney's Office, Des Moines, IA, for Appellee.

Gene Alan Clark, U.S. Penitentiary, Leavenworth, KS, pro se.

John P. Messina, John Burns, Federal Public Defender's Office Southern District of Iowa, Des Moines, IA, for Appellant.

Before MELLOY, FAGG, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Gene Clark pleaded guilty to conspiracy to transport stolen goods, and was sentenced to 30 months in prison and 3 years supervised release. At a revocation hearing, Clark admitted violating the conditions of his supervised release. The district court[1] revoked supervised release and imposed a new sentence of 12 months imprisonment and 2 years supervised release, commenting on Clark's numerous violations, the need for incarceration as punishment and the lack of progress toward satisfying his restitution obligation. Clark appeals this sentence.

Both the prison term and the supervised release term were within authorized limits, and the district court considered appropriate factors in imposing the revocation sentence. *See* 18 U.S.C. § 3583(e)(3), (h). We conclude that Clark's sentence is not unreasonable. *See United States v. Tyson,* 413 F.3d 824, 825–26 (8th Cir.2005) (standard of review).

Accordingly, we affirm, and we also grant counsel's motion to withdraw.

---

1. The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.